ETHEL KAHANOWITZ, Appellant, *v.* SAMUEL KAHANOWITZ, Respondent.

(Submitted December 16, 1932; decided January 10, 1933.)

*Samuel Poses* and *Irving Driesen* for appellant.

*Emanuel M. Ostrow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.